## STATEMENT OF FACTS

1.     Your affiant, ▮▮▮▮▮, is a Task Force Officer assigned to the Joint Terrorism Task Force ("JTTF") of the Honolulu division of the Federal Bureau of Investigation ("FBI"). In my duties as a Task Force Officer, I have participated in criminal investigations relating to violent crime and counterterrorism, specifically domestic terrorism. Through my training and experience, I am familiar with the strategy, tactics, methods, ideology and practices of domestic terrorism and anti-government extremists. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Task Force Officer, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

2.     The facts in this statement come from my review of the evidence, my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. Except as explicitly set forth below, I have not distinguished in this statement between facts of which I have personal knowledge and facts of which I have hearsay knowledge. This statement is intended to show simply that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.     The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

4.     On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.  The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code,

Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

5.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

6.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside. By shortly after 1:00 PM, the situation at the Capitol had become a civil disorder as that term is used in Title 18, United States Code, Section 231, and throughout the rest of the afternoon the civil disorder obstructed the Secret Service's ability to perform the federally protected function of protecting Vice President Pence.

7.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building

and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

8.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

9.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

## IDENTIFICATION OF ALEXANDER POPLIN

10.     In February 2021, a tip was submitted through www.fbi.gov regarding ALEX POPLIN ("POPLIN"). The screenshot below from POPLIN's Facebook Account was attached.

In the post, POPLIN stated, "we took our house back" and "Then we beat their fucking ass and stood for something."



*Image 1*

11.     On June 13, 2024, investigators reviewed publicly available photographs from the Facebook account referenced above, "Alex Poplin," and matched one of the posted photos to the profile photograph from the post depicted in Image 1.



*Image 2*

12.     Pursuant to legal process, POPLIN's Facebook and Instagram accounts were identified through subscriber information. Both accounts made references to residency in Hawaii and mentioned service in the U.S. Army. In February 2021, the photograph below was posted to POPLIN's Facebbok account.  In the photograph, a man who resembles POPLIN is crouched in front of the Lincoln Memorial in Washington D.C., wearing a black beanie, a Black Columbia jacket, black trousers, brown boots, and an Army ACU print camouflage backpack.



*Image 3*

13.      On July 1, 2024, your affiant interviewed POPLIN's  supervisor in the United States military ("Person 1") who is personally familiar with ALEXANDER POPLIN. Person 1 was shown the two photographs below (Images 4 and 5) depicting an individual wearing a black beanie, Black Columbia jacket, and military backpack within the restricted perimeter on January 6, 2021 (and are consistent with the individual depicted in Image 3). Person 1 positively identified the individual as POPLIN.



*Image 4*



*Image 5*

## POPLIN ACTIONS ON JANUARY 6, 2021

14.     Investigators reviewed open-source media, surveillance camera footage, and body-worn camera (BWC) video footage of the events that took place in the U.S. Capitol on January 6, 2021.

15.     In the morning of January 6, 2021, POPLIN attended the former President's rally on the National Mall in Washington, D.C. POPLIN was wearing a Black Columbia jacket, black beanie

with yellow Gadsden flag snake logo, and an Army ACU print camouflage backpack. POPLIN is
seen holding different flags throughout the day.



*Image 1*



*Image 2*



*Images 3 and 9*

16.     At approximately 2:30 PM, POPLIN is observed at the Lower West Plaza within the restricted perimeter of the U.S. Capitol Building. POPLIN is holding an "Area Closed" sign in his left hand and a flagpole with a blue flag in his right hand. POPLIN's face is partially obscured by a mask but he is wearing the same clothing as he was at the National Mall including a black beanie, Black Columbia jacket, and Army ACU camouflage backpack. In the open source video, POPLIN can be seen repeatedly striking an MPD officer with the blue flagpole.

 

*Images 10 and 11*



*Image 12*

17.     Your affiant submits there is probable cause to believe that ALEXANDER POPLIN violated 18 U.S.C. § 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Secret Service's protection of the Vice President and his family and the Capitol Police's protection of the U.S. Capitol.

18.     Your affiant submits that there is probable cause to believe that ALEXANDER POPLIN violated 18 U.S.C. § 111(a)(1) and (b), which makes it a crime to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in section 1114 of Title 18 while engaged in or on account of the performance of official duties, while using a deadly or dangerous weapon or inflicting bodily injury. Persons designated within section 1114 of Title 18 include federal officers such as USCP officers, and include any person assisting an officer or employee of the United States in the performance of their official duties.

19.     Based on the foregoing, your affiant submits that there is probable cause to believe that ALEXANDER POPLIN violated 18 U.S.C. § 1752(a)(1), (2), and (4) which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; and (4) knowingly engages in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this _____ day of August 2024.

_____
U.S. MAGISTRATE JUDGE