AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.

Alexander Cain Poplin

_____
*Defendant*

)
)
)
)
)
)
)

Case: 1:24-mj-00247
Assigned to: Judge Faruqui, Zia M.
Assign Date: 8/9/2024
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Alexander Cain Poplin                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder,;
18 U.S.C. § 111(a)(1) and (b) -Assaulting Resisting, or Impeding Certain Officers Using a Dangerous Weapon,;
18 U.S.C. § 1752(a)(1) -Entering and Remaining in a Restricted Building or Grounds,;
18 U.S.C. § 1752(a)(2) -Disorderly and Disruptive Conduct in a Restricted Building or Grounds,;
 18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds..

Date:     08/09/2024

2024.08.09
12:31:24 -04'00'

_____
*Issuing officer's signature*

City and state:          Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/09/2024 , and the person was arrested on *(date)* 9/10/2024
at *(city and state)* Schofield Barracks, Hawaii .

Date: 9/10/2024

_____
*Arresting officer's signature*

Kara Miyake  Special Agent / Task Force Officer
*Printed name and title*